# United States District Court

Southern **DISTRICT OF** California

FILED
08 FEB 20 AM 10: 34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Priority Mail with Delivery Confirmation # 0307-0020-0003-4505-4557, addressed to J. Simpson, 1000 North King Charles St., Apt. O, Raleigh, NC 27610. The parcel listed the return information of Gina Phoenix, 1207 El Camino Real, Oceanside, CA 92054. | **SEARCH WARRANT**<br><br>CASE NUMBER: 08 MJ 0495 |
|---|---|

TO: Ana L. Flores, Postal Inspector     and any Authorized Officer of the United States

Affidavit(s) having been made before me by     Ana L. Flores     who has reason to
                                                  Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Priority Mail with Delivery Confirmation # 0307-0020-0003-4505-4557, addressed to J. Simpson, 1000 North King Charles St., Apt. O, Raleigh, NC 27610. The parcel listed the return information of Gina Phoenix, 1207 El Camino Real, Oceanside, CA 92054 which is in the custody of the U.S. Postal Inspection Service.

in the Southern     District of California     there is now concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before     2/29/08
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~(in the daytime – 6:00 A.M. to 10:00 P.M.)~~ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to     WILLIAM McCURINE, JR.
                                                                  U.S. Judge ~~or Magistrate~~
as required by law.

2/19/08, 1015 hrs     at     San Diego, CA
Date and Time Issued                City and State

WILLIAM McCURINE, JR.     U.S. Magistrate Judge     [signature]
Name and Title of Judicial Officer                 Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 2-19-08 | DATE AND TIME WARRANT EXECUTED 2-19-08 11:10 am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |

**INVENTORY MADE IN THE PRESENCE OF**
US Postal Inspectors A. Flores and C Whyte

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Delivery Confirmation # 0307-0020-0003-4505-4557 white Ready Post box contained cardboard lining glued on the inside; which contained packing peanuts and a blue sheet containing a green plastic wrapped bundle which contained field test positive marijuana which weighed approximately 7113.5 grams.

*Flores 2/19/08*

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

*Ana Flores*

Subscribed, sworn to, and returned before me this date.

*W McIlwine Jr.*   2/20/08
U.S. Judge              Date